# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

B. A. DRAUGHN,

        Plaintiff,

    v.

FOUR COUNTY JUDGES
SALINE COUNTY COURT-HOUSE
SALINA, KS 67401,

        Defendants.

Civil No. 11-2942 (PJS/JJG)

**ORDER ON REPORT AND RECOMMENDATION**

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge.  No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1.    Plaintiff's application for leave to proceed in forma pauperis, (Docket No. 2), is **DENIED**; and

2.    This action is summarily **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: _____10/31/11_____    s/Patrick J. Schiltz_____
                                  Patrick J. Schiltz
                                  United States District Judge